

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/10/2025_

November 6, 2025

**VIA CM/ECF**
Hon. Mary Kay Vyskocil
Southern District of New York
Daniel Patrick Moynihan United States District Court House
500 Pearl Street, Courtroom 18C
New York, NY 10007

> Re:     *Radtke v. Regeneron Pharmaceuticals, Inc.*, Case No. 1:25-cv-00145-MKV

Judge Vyskocil:

Pursuant to Rule 2(G) of the Court's Individual Rules of Practice, Lead Plaintiff and Defendants (the "Parties") respectfully submit this joint letter motion to request a short extension of time to the motion to dismiss briefing schedule due to the intervening Thanksgiving holiday.

Per the Court's October 16, 2025 Order (ECF No. 52), and Local Civil Rule 6.1(b), Defendants' motion to dismiss the Second Amended Complaint ("SAC") is due by November 13, 2025, Lead Plaintiff's opposition is due by December 1, 2025, and Defendants' reply is due by December 8, 2025.

Because Lead Plaintiff's opposition deadline falls right after the Thanksgiving holiday, Lead Plaintiff reached out to Defendants about a short four-day extension of time to file its opposition. In so doing, Lead Plaintiff also suggested a commensurate extension of time for Defendants to file their motion to dismiss and reply in further support of their motion to dismiss.

Therefore, the Parties jointly and respectfully request that the Court extend the motion to dismiss briefing schedule as follows:

> (i)     Defendants' motion to dismiss is due by November 17, 2025;
>
> (ii)    Lead Plaintiff's opposition is due by December 5, 2025; and
>
> (iii)   Defendants' reply is due by December 17, 2025.

This is the Parties' first request for an extension of the briefing schedule for Defendants' motion to dismiss the SAC. The Parties thank the Court for its consideration of this request.

 New York | Delaware | London | Washington, D.C.



November 6, 2025
Page 2

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/Michael H. Rogers*
Michael H. Rogers

**MOTLEY RICE LLC**

*/s/Serena P. Hallowell*
Serena P. Hallowell

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/Audra J. Soloway*
Audra J. Soloway

*Counsel for Defendants*

GRANTED.
SO ORDERED.

Date:  11/10/2025
New York, New York

Mary Kay Vyskocil
United States District Judge