**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEFFREY RADTKE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>REGENERON PHARMACEUTICALS, INC., LEONARD S. SCHLEIFER, CHRISTOPHER FENIMORE, ROBERT E. LANDRY, and MARION MCCOURT<br><br>        Defendants. | No. 25-cv-00145-MKV<br><br>Hon. Mary Kay Vyskocil<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF DAVID P. FRIEDMAN IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

DAVID P. FRIEDMAN declares the following pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, attorneys for defendants Regeneron Pharmaceuticals, Inc. ("Regeneron"), Leonard S. Schleifer, Christopher Fenimore, Robert E. Landry, and Marion McCourt (together, "Defendants").  I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 54, the "SAC").

2.      Attached hereto as Exhibit 1 is a copy of Regeneron's August 20, 2025 press release, discussing the development of EYLEA and EYLEA HD, which is also discussed in the SAC at, *inter alia*, paragraphs 8, 26, 82–84 and 134.  The press release was published on Regeneron's website, and is publicly available at https://investor.regeneron.com/news-releases/news-release-details/eylea-hdr-aflibercept-injection-8-mg-applications-expanded-us.

1

3.      Attached hereto as Exhibit 2 is a chart prepared by Defendants' counsel listing the statements that the SAC alleges were "materially false and misleading."

4.      Attached hereto as Exhibit 3 is an excerpt from the final rule with comment period issued by the U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services, published in the Federal Register on July 17, 2007, at Volume 72, Issue No. 136, pages 39142, 39184.

5.      Attached hereto as Exhibit 4 is an excerpt from Regeneron's Memorandum of Law in support of its Motion to Dismiss the complaints filed by the U.S. Department of Justice (the "DOJ") and Intervening States, filed on July 18, 2024 and found at ECF No. 146 in *United States ex rel. Nunnelly* v. *Regeneron Pharms., Inc.,* No. 20-cv-11401 (D. Mass.), which lawsuit is discussed in the SAC at, *inter alia*, paragraphs 350 and 413–415.

6.      Attached hereto as Exhibit 5 is an excerpt from the Annual Report of Regeneron on Form 10-K for the year ended December 31, 2020, filed with the filed with the U.S. Securities and Exchange Commission ("SEC") on February 8, 2021.

7.      Attached hereto as Exhibit 6 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended March 31, 2023, filed with the SEC on May 4, 2023.

8.      Attached hereto as Exhibit 7 is an excerpt from the Annual Report of Regeneron on Form 10-K for the year ended December 31, 2024, filed with the SEC on February 5, 2025, and cited in the SAC at, *inter alia*, paragraphs 86 and 345.

9.      Attached hereto as Exhibit 8 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended June 30, 2021, filed with the SEC on August 5, 2021, and cited in the SAC at, *inter alia*, paragraph 123.

10.    Attached hereto as Exhibit 9 is the DOJ's Notice of Election to Intervene in Part filed on November 27, 2023, and found at ECF No. 44 in *United States ex rel. Nunnelly* v. *Regeneron Pharms., Inc.,* No. 20-cv-11401 (D. Mass.), which lawsuit is discussed in the SAC at, *inter alia*, paragraphs 350 and 413–415.

11.    Attached hereto as Exhibit 10 is an excerpt from the Annual Report of Regeneron on Form 10-K for the year ended December 31, 2023, filed with the SEC on February 5, 2024, and cited in the SAC at, *inter alia*, paragraphs 137, 345, and 422.

12.    Attached hereto as Exhibit 11 is an excerpt from the docket in *United States ex rel. Nunnelly* v. *Regeneron Pharms., Inc.,* No. 20-cv-11401 (D. Mass.), retrieved on November 15, 2025, which lawsuit is discussed in the SAC at, *inter alia*, paragraphs 350 and 413–415.  The docket was unsealed on March 28, 2024, when the DOJ filed its intervenor complaint. *See* Exhibit 9 ("Upon the government filing its Complaint-in-Intervention, the government requests that the Complaint-In-Intervention . . . and all pleadings filed thereafter be unsealed.").  On March 29, 2024, the DOJ filed an Assented-to Motion for Leave to Temporarily Replace Its Complaint in Intervention With a Redacted Version, ECF No. 59, which is attached as Exhibit 11A.  The court granted the DOJ's motion on April 8, 2024 pursuant to two orders, ECF No. 68 & 69, which are attached as Exhibits 11B and 11C.  On April 10, 2024, the DOJ complaint was replaced with the redacted version pursuant to the court's order.  *See* ECF No. 58 Docket Text, "Main Document 58 replaced on 4/10/2024 pursuant to Order entered, Dk 69."

13.    Attached hereto as Exhibit 12 is a copy of the press release issued by the DOJ on April 10, 2024, which is cited in the SAC at, *inter alia*, paragraphs 6, 40, 210, 360.  The press   release   was   published   on   the   DOJ's   website,   and   is   publicly   available   at

https://www.justice.gov/archives/opa/pr/false-claims-act-complaint-filed-against-regeneron-pharmaceuticals-fraudulent-drug-pricing.

14.     Attached hereto as Exhibit 13 is an excerpt from Regeneron's Answer to the Intervening States' Consolidated Complaint filed on July 23, 2025, and found at ECF No. 220 in *United States ex rel. Nunnelly* v. *Regeneron Pharms., Inc.,* No. 20-cv-11401 (D. Mass.), which lawsuit is discussed in the SAC at, *inter alia*, paragraphs 350 and 413–415.

15.     Attached hereto as Exhibit 14 is a transcript of Regeneron's Third Quarter 2023 Earnings Call, held on November 2, 2023, which is cited in the SAC at, *inter alia*, paragraphs 37, 202–203, and 269–271.

16.     Attached hereto as Exhibit 15 is a transcript of Regeneron's First Quarter 2024 Earnings Call, held on May 2, 2024, which is cited in the SAC at, *inter alia*, paragraph 328.

17.     Attached hereto as Exhibit 16 is a transcript of Regeneron's Fourth Quarter 2023 and Fiscal Year 2023 Earnings Call, held on February 2, 2024, which is cited in the SAC at, *inter alia*, paragraphs 38, 321, 323–24 and 428.

18.     Attached hereto as Exhibit 17 is a transcript of Regeneron's Second Quarter 2024 Earnings Call, held on August 1, 2024, which is cited in the SAC at, *inter alia*, paragraphs 43, 219–20, 331–32, 335, 337 and 429–30.

19.     Attached hereto as Exhibit 18 is a transcript of Regeneron's Third Quarter 2024 Earnings Call, held on October 31, 2024, which is cited in the SAC at, *inter alia*, paragraph 339.

20.     Attached hereto as Exhibit 19 is a transcript of Regeneron Pharmaceuticals, Inc. at Jeffries London Healthcare Conference, held on November 19, 2024, which conference is cited in the SAC at, *inter alia*, paragraph 317.

21. Attached hereto as Exhibit 20 is a transcript of Regeneron Pharmaceuticals, Inc. at Piper Sandler Healthcare Conference, held on December 5, 2024, discussing EYLEA HD dosing, which is also discussed in the SAC at paragraphs 26, 28, 82, 134, 136, 142–143, 152–154.

22. Attached hereto as Exhibit 21 is a chart prepared by Defendants' counsel displaying stock price data for Regeneron common stock (REGN) during certain dates in the alleged Class Period, including: Open Price, High Price, Low Price, Close Price, % Change in Closing Price, and Volume. All data has been pulled from Bloomberg Terminal.

23. Attached hereto as Exhibit 22 is a table prepared by Defendants' counsel depicting Regeneron's net sales from EYLEA in the United States between 2012 to 2021, as discussed in the SAC at, *inter alia*, paragraphs 84–85, and as publicly reported in the Annual Reports of Regeneron on Form 10-K filed with the SEC for the years ended December 31, 2012, filed February 15, 2013; December 31, 2015, filed February 11, 2016; December 31, 2018, filed February 7, 2019; and December 31, 2021, filed February 7, 2022.

24. Attached hereto as Exhibit 23 is a UBS analyst report titled "*Dr. Col's Weekly dose: DOJ leans on REGN, GLP- 1s cleared by EMA's PRAC*," published on April 12, 2024, which is cited in the SAC at, *inter alia*, paragraph 364.

25. Attached hereto as Exhibit 24 is a transcript of Regeneron Pharmaceuticals, Inc. at Goldman Sachs Global Healthcare Conference, held on June 14, 2023, which is cited in the SAC at, *inter alia*, paragraphs 129 and 266.

26. Attached hereto as Exhibit 25 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended June 30, 2023, filed with the SEC on August 3, 2023, and cited in the SAC at, *inter alia*, paragraph 346.

27.    Attached hereto as Exhibit 26 is a table prepared by Defendants' counsel depicting Regeneron's common stock repurchases during the Class Period, as publicly reported in the Quarterly Reports of Regeneron on Form 10-Q and the Annual Reports of Regeneron on Form 10-K for the quarterly and yearly periods ended June 30, 2023, filed with the SEC on August 3, 2023; September 30, 2023, filed with the SEC on November 2, 2023; December 31, 2023, filed with the SEC on February 5, 2024; March 31, 2024, filed with the SEC on May 2, 2024; June 30, 2024, filed with the SEC on August 1, 2024; September 30, 2024, filed with the SEC on October 31, 2024; December 31, 2024, filed with the SEC on February 5, 2025; March 31, 2025, filed with the SEC on April 29, 2025; and June 30, 2025, filed with the SEC on August 1, 2025.

28.    Attached hereto as Exhibit 27 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended September 30, 2025, filed with the SEC on October 28, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 17, 2025.

*s/ David P. Friedman*
David P. Friedman