# Exhibit 2

# Chart of Alleged Misstatements in Radtke Securities Litigation

**Category # 1: ASP Statements**

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker[1] | Not Alleged to Be False | Forward Looking/ Opinion | Puffery |
|---|---|---|---|---|---|---|
| 1. | 253 | May 4, 2023 | <u>Marion McCourt</u> (EVP/ Head of Commercial): "[G]etting back to your question on the competitive dynamic and pricing pressure, I think, if we look at the anti-VEGF category and look at it over time, go back multiple quarters, there has been increasing competitive pressure. And that does then have a corollary to some extent on pricing dynamic, and that would go forward.<br><br>But I just want to share and remind all that, in the anti-VEGF category, what really is rewarded is product profile. And as we look at a product like EYLEA that launched and was a game changer in the category, ***that was its profile, not being the least costly, there's been a low-cost alternative, very low-cost alternative for a very, very long time, but it was the product profile that made the difference for prescribers and patients***." <br><br>*See* transcript of Regeneron's First Quarter 2023 Earnings Call, held on May 4, 2023, publicly available through Regeneron at https://newsroom.regeneron .com/static-files/9cb60baa-a573-4f84-a8c6-da5df6531a5b. | ✓ | ✓ | ✓ |

---

[1]The challenged statements are drawn from the Second Amended Complaint (the "SAC"). The emphasis in **bold and italics** is copied from the SAC and signifies the language that Plaintiff alleges to be misleading. Additional context surrounding the challenged statements has been added in blue. Where minor discrepancies exist between the language quoted in the SAC and the source documents, language has been conformed to the source documents for purposes of this exhibit.

2

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker[1] | Not Alleged to Be False | Forward Looking/ Opinion | Puffery |
|---|---|---|---|---|---|---|
| 2. | 266 | June 14, 2023 | Marion McCourt (EVP/ Head of Commercial): "As I mentioned, as we reported our last quarter earnings, it is a competitive category. There have been some pricing pressures. There are more products in the category. There are biosimilars launching. But through that, what I would assure you is that the **clinical profile of EYLEA is what has allowed for this very robust performance over 12 years in the marketplace**." <br><br> Ex. 24 at 5–6. | ✓ | ✓ | ✓ |
| 3. | 321 | February 2, 2024 | Marion McCourt (EVP/ Head of Commercial): "In the fourth quarter, **EYLEA HD and EYLEA together secured 49% of the anti-VEGF category share**, despite increasing competition and changing market dynamics. **This share gain** was driven by the **differentiated efficacy and safety profile of our medicines** as well as a short-term disruption in compounded Avastin due to a quality issue at a large supplier that has since been resolved." <br><br> Ex. 16 at 10. | ✓ | ✓ | |
| 4. | 328 | May 2, 2024 | Marion McCourt (EVP/ Head of Commercial): "To-date, most EYLEA HD patients are being switched from existing medicines, most notably EYLEA and faricimab, and we are also seeing an increase in treatment-naïve patients. | ✓ | | |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker[1] | Not Alleged to Be False | Forward Looking/ Opinion | Puffery |
|---|---|---|---|---|---|---|
| | | | *For the quarter, EYLEA HD and EYLEA together secured 45% of the anti-VEGF category share.*" <br><br> Ex. 15 at 9. | | | |
| 5. | 345 | May 4, 2023 <br> August 8, 2023 <br> November 2, 2023 <br> February 5, 2024 <br> May 2, 2024 <br> August 1, 2024 <br> October 31, 2024 <br> February 5, 2025 <br> April 29, 2025 | Leonard Schleifer (CEO); Christopher Fenimore (CFO/EVP of Finance); Robert Landry (CFO/Senior Advisor): <br><br> "*Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;* <br><br> *Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;* <br><br> … <br><br> *The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the* | ✓ | | |

4

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker[1] | Not Alleged to Be False | Forward Looking/ Opinion | Puffery |
|---|---|---|---|---|---|---|
| | | | *registrant's board of directors (or persons performing the equivalent functions):* <br><br> *(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and* <br><br> *(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.*" [2] | | | |

---

[2] Ex. 6 at 12–13; Ex. 7 at 14–15; Ex. 10 at 15–16; Regeneron Pharms, Inc., Form 10-Q, Exs. 31.1, 31.2 (filed Aug. 8, 2023), publicly available through Regeneron at https://investor.regeneron.com/static-files/bf077a27-20c7-4871-8594-99b3e3ea0225; Regeneron Pharms, Inc., Form 10-Q, Exs. 31.1, 31.2 (filed Nov. 2, 2023), publicly available through Regeneron at https://investor.regeneron.com/static-files/bf077a27-20c7-4871-8594-99b3e3ea0225; Regeneron Pharms, Inc., Form 10-Q, Exs. 31.1, 31.2 (filed May 2, 2024), publicly available through Regeneron at https://investor.regeneron.com/static-files/a92c198c-7424-442c-9fd9-8ccaad87bf02; Regeneron Pharms, Inc., Form 10-Q, Exs. 31.1, 31.2 (filed Aug. 1, 2024), publicly available through Regeneron at https://investor.regeneron.com/static-files/67f3a369-7070-40ed-88e8-c25b717c7af5; Regeneron Pharms, Inc., Form 10-Q, Exs. 31.1, 31.2 (filed Oct. 31, 2024), publicly available through Regeneron at https://investor.regeneron.com/static-files/05515e58-b200-4274-af15-a6bcf9c5a6b6; Regeneron Pharms, Inc., Form 10-Q, Exs. 31.1, 31.2 (filed Apr. 29, 2025), publicly available through Regeneron at https://investor.regeneron.com/static-files/385a1e15-b899-4164-b477-e0d279208318.

**Category #2: DOJ Statements**

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking/ Opinion | Puffery |
|---|---|---|---|---|---|---|
| 1. | 326 | April 15, 2024 | "Regeneron believes the complaint is meritless and illustrates a fundamental misunderstanding by the Department of Justice (DOJ) of drug price reporting standards. Regeneron will vigorously defend this case in court. ***The filing of this lawsuit will not change our practices with respect to reimbursement of credit card fees incurred by our distributors.*** <br><br> ***Reimbursing credit card service fees to distributors is not a price concession and does not affect EYLEA's price.*** Congress has provided by statute how to calculate ASP. The statute requires manufacturers to include a specific list of price concessions in ASP. Credit card service fees are not included on that list. The Centers for Medicare & Medicaid Services (CMS) has not exercised its rulemaking authority to define credit card service fees as a price concession under the statute." <br><br> *See* transcript of Regeneron's First Quarter 2023 Earnings Call, held on April 15, 2024, publicly available through Regeneron at https://investor.regeneron.com/static-files/384fb1a6-8ca8-4e2f-b8b7-6a269992428a. | ✓ | ✓ | |

6

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking/ Opinion | Puffery |
|---|---|---|---|---|---|---|
| 2. | 332 | August 1, 2024 | <u>Leonard Schleifer</u> (CEO): "***There's nothing in the marketplace related to this lawsuit. And frankly, we think, there's nothing to this lawsuit. And we have not changed our practice, and we intend to fight it vigorously***. And I think once you see our papers in court, you'll get a much better understanding of that." <br><br> <u>Ex. 17 at 18.</u> | ✓ | ✓ | ✓ |

**Category #3: HD Statements**

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| 1. | 269 | November 2, 2023 | Leonard Schleifer (CEO): "Starting with EYLEA HD, which is off to a great start, we launched in late August, shortly following FDA approval, and recorded $43 million of net product sales in the final six weeks of the quarter, which compares favorably to recent launches in the retinal disease category. *Importantly, revenues were driven by strong initial demand* with multiple reorders by distributors before the end of the quarter. … We have also made significant progress establishing access and reimbursement and we will continue to work on positioning EYLEA HD, the highest-dose anti-VEGF therapy approved by the FDA as the new standard of care in these retinal diseases." Ex. 14 at 5. | ✓ | | ✓ |
| 2. | 270 | November 2, 2023 | Marion McCourt (EVP/ Head of Commercial): "I'm delighted to share details of our commercial performance in the third quarter, including *very encouraging early signals for EYLEA HD* as well as ongoing results from our inline brands. Starting with our anti-VEGF retinal franchise, Regeneron achieved $1.49 billion in total net sales for the quarter in the US. We were excited to rapidly launch EYLEA HD in late August following its US | ✓ | ✓ | ✓ |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| | | | approval. And total net sales for the quarter were $43 million. ***Early launch indicators have been very positive. Physician enthusiasm was extremely high prior to EYLEA HD launch***. And that ***interest has translated into early use in a broad range of patient types*** across wet AMD and diabetic eye disease.<br><br>…<br>In addition, we continue to be on track to have a permanent J-Code by April 1, 2024, which we anticipate will drive additional uptake.<br><br>…<br>EYLEA HD's unsurpassed safety and durability demonstrated in clinical trials coupled with prescriber confidence in EYLEA's efficacy and safety record is expected to drive continued category leadership.  In summary, while the launch is still in early days, we are pleased with our progress and look forward to providing future updates."<br><br>Ex. 14 at 9. | | | |
| 3. | 271 | November 2, 2023 | Marion McCourt (EVP/ Head of Commercial): "[Question:] . . .  And congrats on the tremendous quarterly results. It's great to see the early EYLEA HD sales, of course. And you mentioned that naïve and switch patients are being treated. But are you seeing switches from VABYSMO specifically? And to what extent are you guys sending samples out as we think about assessing additional demand beyond sales? | ✓ | ✓ | |

9

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| | | | [Answer:] . . . the positive anecdotal case reports we're getting back really carry across the theme of better vision, better drying than they've seen with other anti-VEGF products. They also comment on very frequently the tremendous confidence that they have in the safety of EYLEA and the experience over many, many years. In terms of the switches, it's early days. **We are seeing switches from EYLEA, as you would expect,** and, of course, we're the category leaders, so there are more potential patients to consider as well. But we are also hearing switches from faricimab, we're hearing also switches from Avastin and other products in the category, and the early reports have been quite encouraging.<br><br>To your other part of your question related to sampling, we do have a sampling program for EYLEA HD. It's intended to give physicians experience with EYLEA HD in an appropriate way. The program is constructed on an on-demand basis. We don't disclose the number of samples or things of that sort, and certainly that's not what you were asking. But **I can share with you that we have seen a high conversion rate from practices ordering EYLEA HD samples and then subsequently placing orders** of commercial products through commercial channels."<br><br>Ex. 14 at 16. | | | |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| 4. | 317 | November 15, 2023 | Robert Landry (CFO/Senior Advisor): "So we were proud on the third quarter, we had top line growth of 15% on revenue. We were 4% on the bottom line. We did take $100 million IP R&D charge relating to the milestone that we paid for – to Alnylam for the ALN-APPdrug. So we're more than happy to pay that. If you consider that not there, we actually grew 11% on the bottom line.<br><br>***EYLEA HD, which I'm sure we'll get into, we had a strong quarter.*** We were very happy with the quarter. ***It was true demand.*** It was $43 million. It was above consensus. Certainly above what VABYSMO, our competitor, did. We were on the market for six weeks. I think it was the third week of August that we launched. So it was proud.<br><br>*See* transcript of Jeffries London Healthcare Conference, held on November 15, 2023, publicly available through Regeneron at https://newsroom.regeneron.com/static-files/dbaba742-4fae-48c2-9e64-e6ad26b5e4d4. | ✓ | ✓ | ✓ |
| 5. | 321 | February 2, 2024 | Marion McCourt (EVP/ Head of Commercial): "In the fourth quarter, ***EYLEA HD and EYLEA together secured 49% of the anti-VEGF category share***, despite increasing competition and changing market dynamics. ***This share gain*** was driven by the ***differentiated efficacy and safety profile of our medicines*** as well as a short-term disruption in | ✓ | ✓ | |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|-------|---------------|--------------------------------|-------------------------|---------------------------|---------|
|   |       |               | compounded Avastin due to a quality issue at a large supplier that has since been resolved.

Since launch, we have made significant progress in securing access and reimbursement for EYLEA HD. . . In Medicare fee-for-service, which represents approximately 45% of total category use, claims are being paid across 100% of jurisdictions using a miscellaneous J-Code. Looking ahead in 2024, we remind you that the first quarter is typically impacted by payer reauthorizations and that EYLEA HD will remain subject to a miscellaneous J-Code.

However, in late January, we achieved another important launch milestone with CMS' assignment of a permanent J-Code for EYLEA HD that will go into effect on April 1. This will provide additional reimbursement confidence for those physicians hesitant to prescribe before a permanent J-Code based on their negative experiences with other new eye disease medicines. Overall, we are very excited about the future of our retinal franchise. We continue to see physicians prescribe EYLEA HD in both treatment-experienced and treatment-naïve settings as EYLEA HD is increasingly recognized as the new standard-of-care."

Ex. 16 at 10. |  |  |  |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| 6. | 323 | February 2, 2024 | Marion McCourt (EVP/ Head of Commercial): "In January, we announced fourth quarter combined US EYLEA HD and EYLEA net product sales of $1.46 billion. ***In its first full quarter, EYLEA HD net product sales were $123 million, based on growing demand and positive early physician experience.*** EYLEA HD is already being used across a broad range of patient types, including those switching from EYLEA, other branded agents or Avastin, as well as modest but increasing use in treatment-naïve patients." <br><br> Ex. 16 at 10. | ✓ | | |
| 7. | 324 | February 2, 2024 | Marion McCourt (EVP/ Head of Commercial): "[Question:] Len mentioned accelerating the rate of conversion of patients from other agents to EYLEA HD. So, can you discuss the different factors at play that will accelerate the rate over the year, which I assume includes a permanent J-Code and also the robust sampling effort that is impacting 2 mg sales? <br><br> [Answer:] . . . So as I mentioned, ***we're very encouraged by the early performance of EYLEA HD in the market, and a number of factors early are driving that success. First, it's the clinical data*** which is now showing in the actual market real-world setting the efficacy, safety and durability of EYLEA HD, all very important factors. | ✓ | ✓ | ✓ |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| | | | As we look to the future, physicians will build upon their early experiences. And as I mentioned, that experience is coming from conversion patients from branded agents broadly Avastin, and also, in some cases, naïve patients. But, going forward, I would share that, in addition to ongoing experience and confidence, the reimbursement consideration is very, very important for physicians. And some are hesitant to prescribe a product that doesn't have a permanent J-Code. So, we do look forward to that occurring, April 1 and beyond based on CMS' recent update.<br><br>And then in addition to reimbursement confidence, we've made progress certainly in payer coverage. We anticipate making more. And certainly, **the experience in market to date with EYLEA HD had been very favorable for physicians.** And that is, probably, the most important, those differentiating characteristics of the product."<br><br>Ex. 16 at 13–14. | | | |
| 8. | 328 | May 2, 2024 | <u>Marion McCourt</u> (EVP/ Head of Commercial):<br><br>"I'll start with our anti-VEGF franchise and the ongoing launch progress of EYLEA HD. First quarter US net sales grew 63% sequentially to $200 million, as real-world experience with efficacy and safety continues to grow. EYLEA HD is delivering on its promise of extending the duration between treatments | ✓ | | |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|-------|---------------|-------------------------------|------------------------|---------------------------|---------|
|   |       |               | with the majority of patients achieving this goal . . . To-date, most EYLEA HD patients are being switched from existing medicines, most notably EYLEA and faricimab, and we are also seeing an increase in treatment-naïve patients.<br><br>***For the quarter, EYLEA HD and EYLEA together secured 45% of the anti-VEGF category share.*** Combined US net sales were $1.4 billion, which includes a reduction in wholesaler inventory of approximately $40 million. This reflects the sequential drawdown of EYLEA inventory that was partially offset by a modest increase in EYLEA HD inventory, ahead of the permanent J-Code on April 1.<br><br>Since launch, our team has made significant progress to enhance reimbursement and market access for EYLEA HD. The permanent J-Code has increased prescribers' reimbursement confidence, reflected by increased use among existing customers as well as a step-up in new customers ordering for the first time. We're very encouraged by EYLEA HD uptake despite a different payer market today compared to when EYLEA was launched more than a decade ago."<br><br>Ex. 15 at 9. |   |   |   |

15

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| 9. | 335 | August 1, 2024 | Leonard Schleifer (CEO): "Second quarter 2024 total revenues grew 12% to $3.55 billion, primarily driven by sales of EYLEA HD in the United States; higher Sanofi collaboration revenues, reflecting the continued strong performance of Dupixent; as well as robust growth for Libtayo. EYLEA HD generated $304 million in its third full quarter on the US market, and continues to outperform recent launches in the anti-VEGF category. Net product sales for EYLEA HD and EYLEA combined were $1.53 billion, representing a 2.3% growth compared to the prior year.<br><br>*We are encouraged that, despite increased competition in the anti-VEGF space, we have achieved a strong EYLEA HD launch trajectory, while maintaining our category-leading combined EYLEA HD and EYLEA market share of 45%.* Our efforts to bring an EYLEA HD prefilled syringe to the United States market remain a high priority, and we're tracking towards a potential prefilled syringe launch by early 2025. In summary, we continue to position EYLEA HD as the new standard of care for retinal diseases based on its differentiated clinical profile, coupled with strong familiarity and satisfaction among retinal specialists."<br><br>Ex. 17 at 5. | ✓ | ✓ | ✓ |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| 10. | 337 | August 1, 2024 | Marion McCourt (EVP/ Head of Commercial):<br><br>*"The breadth and depth of EYLEA HD prescribing continues to grow with utilization across a broad range of patients, including a treatment-naïve population, which has doubled since last quarter. Physicians are also increasingly switching patients to EYLEA HD from other anti-VEGF treatments based on positive early treatment experiences.* And these switch patients, early real-world data indicate that treatment intervals are being extended with EYLEA HD. EYLEA HD's durability, along with the same trusted efficacy, visual acuity and safety as EYLEA represents a meaningful improvement for patient lives and greater efficiency for physician practices.<br><br>*The number of physician offices ordering EYLEA HD during the second quarter increased by more than 50% compared to the prior quarter. We believe this suggests prescriber confidence in EYLEA HD's clinical profile* as well as in reimbursement now that the permanent J-Code has been well established. Of note, we recognize the importance of providing physicians with a prefilled syringe option. And as Len mentioned, we're excited about our anticipated EYLEA HD prefilled syringe launch. In summary, we're pleased with our second quarter performance for EYLEA HD and EYLEA and remain on track to achieve our goal of establishing EYLEA HD as the new standard of care for retinal disease." | ✓ | ✓ | ✓ |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| | | | Ex. 17 at 9. | | | |
| 11. | 339 | October 31, 2024 | <u>Marion McCourt</u> (EVP/ Head of Commercial): "Together, EYLEA HD and EYLEA captured 44% of the total anti-VEGF category in the third quarter, demonstrating retina specialists experience and confidence in both brands. EYLEA HD net sales grew 29% sequentially in the quarter to $392 million, driven by ongoing adoption across treatment-experienced and treatment-naïve patients. As treatment experience grows, retina specialists reporting to EYLEA HD's durability, coupled with its efficacy and safety, as important clinical differentiators. . . . While we anticipate the anti-VEGF category to continue to be highly competitive, with both branded and biosimilar products in the marketplace, we plan to further strengthen the EYLEA HD product profile through the anticipated launch of our differentiated prefilled syringe by mid-2025 and a potential approval for the RVO indication, which is registration-enabling data, are expected by the end of this year. In the first year since launch, ***positive physician and patient experience has propelled EYLEA HD to achieve billion-dollar brand status***. With additional growth catalysts expected in 2025, our team is focused on helping even more patients benefit from EYLEA HD." | ✓ | | ✓ |

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|---|---|---|---|---|---|
| | | | Ex. 18 at 8. | | | |
| 12. | 340 | October 31, 2024 | "Total EYLEA HD and EYLEA net product sales in the U.S. increased 3% in the third quarter of 2024 compared to the third quarter of 2023. EYLEA HD was approved by the FDA in August 2023 and *net product sales in the third quarter of 2024 were driven by the transition of patients from other anti-VEGF products, including EYLEA, as well as new patients naïve to anti-VEGF therapy.* Net product sales of EYLEA in the third quarter of 2024 were adversely impacted by a lower net selling price compared to the third quarter of 2023.<br><br>Regeneron Pharms. Inc., Form 8-K, Ex. 99.1 at 4 (filed Oct. 31 2024), publicly available through Regeneron at https://newsroom.regeneron.com/static-files/3fb714fa-076f-43f5-9d49-c8e2637d93db. | ✓ | | |
| 13. | 342 | October 31, 2024 | "*. . . third quarter 2024 total EYLEA HD and EYLEA net product sales were favorably impacted by approximately $40 million as a result of higher wholesaler inventory levels for EYLEA HD at the end of the third quarter of 2024 compared to the end of the second quarter of 2024*, partially offset by lower wholesaler inventory levels for EYLEA."<br><br>Regeneron Pharms. Inc., Form 8-K, Ex. 99.1 at 4 (filed Oct. 31 2024), publicly available through Regeneron at | ✓ | | |

19

| # | SAC ¶ | Source / Date | Alleged Misstatements / Speaker | Not Alleged to Be False | Forward Looking / Opinion | Puffery |
|---|-------|---------------|--------------------------------|-------------------------|---------------------------|---------|
|   |       |               | https://newsroom.regeneron.com/static-files/3fb714fa-076f-43f5-9d49-c8e2637d93db. |  |  |  |