# Exhibit 9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br>*ex rel.* DOES 1-3,<br><br>         Plaintiffs,<br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br>AMERISOURCEBERGEN, and BESSE<br>MEDICAL,<br><br>         Defendants. | **FILED UNDER SEAL**<br><br>No. 20-cv-11401-PBS |

**NOTICE OF THE UNITED STATES OF ITS ELECTION**
**TO INTERVENE IN PART AND DECLINE IN PART**

Pursuant to the False Claims Act, 31 U.S.C. 31 U.S.C. § 3730(b)(4), the United States notifies the Court of its decision to intervene in part with respect to the above-captioned action. The United States intervenes as to Counts 1 and 2 of the relators' qui tam complaint, against defendants Regeneron Pharmaceuticals, Inc., AmerisourceBergen, and Besse Medical. The United States declines to intervene with respect to all other allegations.

In conjunction with this Notice, the United States requests ninety days to file a Complaint-in-Intervention in this matter.

Upon the government filing its Complaint-in-Intervention, the government requests that the Complaint-In-Intervention, the relators' qui tam Complaint and Amended Complaint, the United States' Notice of Election to Intervene In Part and Decline In Part, and all pleadings filed thereafter be unsealed. The government further requests that all other papers on file in this action prior to November 27, 2023, remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by the law to the Court

alone for the sole purpose of evaluating whether the Court should extend the seal and time for an election to intervene.

Although the government declines to intervene as to portions of this action, the government respectfully refers the Court to 31 U.S.C. § 3730(b)(1) which allows the relators to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *See* 31 U.S.C. § 3730(b)(1). Therefore, the United States requests that, should either the relators or the defendants propose that any part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all papers filed that relate to the non-intervened parts of this action be served upon the United States; the United States also requests that all orders the Court issues related to the non-intervened parts of the action be sent to the government's counsel. The United States reserves the right to order any deposition transcripts and to intervene in the portion of the action in which it declines to intervene today, for good cause, at a later date.

The United States also reserves the right to seek dismissal of any of relators' claims on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

A proposed order is attached to this notice.

2

Date: November 27, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA S. LEVY
Acting United States Attorney


/s/ Diane C. Seol

JAMIE A. YAVELBERG
NATALIE WAITES
DOUGLAS J. ROSENTHAL
ASHA NATARAJAN
SAMUEL R. LEHMAN
Attorneys, Civil Division
United States Department of Justice
175 N St. NE, Room 9.111
Washington, DC 20002
Phone: (202) 305-2073
douglas.j.rosenthal@usdoj.gov
asha.m.natarajan@usdoj.gov
samuel.r.lehman@usdoj.gov

DIANE C. SEOL
LINDSEY ROSS
Assistant United States Attorneys
1 Courthouse Way, Ste. 9200
Boston, MA 02210
Phone: (617) 748-3102
diane.seol@usdoj.gov
lindsey.ross@usdoj.gov

## CERTIFICATE OF SERVICE

I, Diane Seol, Assistant United States Attorney, hereby certify that I caused a copy of the foregoing document to be served by e-mail on the following counsel:

Ross B. Brooks
The Brooks Law Firm, LLC
173 Huguenot Street, Suite 200
New Rochelle, NY 10801
ross@brooks-lawfirm.com


Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendants because this case is under seal.


Dated: November 27, 2023          By:   /s/ Diane C. Seol
                                        Diane Seol
                                        Assistant United States Attorney

3