# Exhibit 11

ADR

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:20-cv-11401-PBS

The United States of America et al v. Regeneron Pharmaceuticals, Inc. et al
Assigned to: Judge Patti B. Saris
Cause: 31:3729 False Claims Act

Date Filed: 07/24/2020
Jury Demand: Both
Nature of Suit: 375 Other Statutes: False Claims Act
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 07/28/2020 | 2 | ☐ | COMPLAINT against All Defendants, filed by ex rel. DOE 1, ex rel. DOE 2, ex rel. DOE 3. (Attachments: # 1 Civil Cover Sheet, # 2 Attachment to Civil Cover Sheet, # 3 Category)(Coppola, Katelyn) (Entered: 07/28/2020) |
| 07/06/2022 | 24 | ☐ | (AMENDED) COMPLAINT against Regeneron Pharmaceuticals, Inc., AmerisourceBergen, Besse Medical, filed by ex rel. DOE 1, ex rel. DOE 2. (Geraldino-Karasek, Clarilde) (Entered: 07/06/2022) |
| 11/27/2023 | 44 | ☐ | NOTICE of the United States of its Election to Intervene in Part and Decline in Part by The United States of America. (Geraldino-Karasek, Clarilde) (Additional attachment(s) added on 11/28/2023: # 1 Proposed Order) (Geraldino-Karasek, Clarilde). (Entered: 11/27/2023) |
| 03/28/2024 | 55 | ☐ | INTERVENING STATES' CONSOLIDATED NOTICE of Election to Intervene in Part and Decline to Intervene in Part and Declining States' Consolidated Notice of Declination by Commonwealth of Massachusetts (Attachments: # 1 Proposed Order)(Geraldino-Karasek, Clarilde) Modified on 5/9/2024 to unseal docket entry pursuant to Order entered. (Geraldino-Karasek, Clarilde). (Entered: 03/28/2024) |
| 03/28/2024 | 58 | ☐ | Intervenor COMPLAINT filed by United States of America. Docket Entry Modified on 7/3/2024 pursuant to ORDER entered, Docket No. 110 . (Geraldino-Karasek, Clarilde).<br><br>(Attachments: # 1 Errata 1, # 2 2, # 3 3, # 4 4, # 5 5, # 6 6, # 7 7, # 8 8, # 9 9, # 10 10, # 11 11, # 12 12, # 13 13, # 14 14, # 15 15, # 16 16, # 17 17, # 18 18, # 19 19, # 20 20, # 21 21, # 22 22, # 23 23, # 24 24, # 25 25, # 26 26, # 27 27, # 28 28, # 29 29, # 30 30, # 31 31, # 32 32, # 33 33, # 34 34, # 35 35, # 36 36, # 37 37, # 38 38, # 39 39, # 40 40, # 41 41, # 42 42, # 43 43, # 44 44, # 45 45, # 46 46, # 47 47, # 48 48, # 49 49, # 50 50, # 51 51, # 52 52)(Seol, Diane) (Main Document 58 replaced on 4/10/2024 pursuant to Order entered, Dk 69 .) (Geraldino-Karasek, Clarilde).<br><br>(Entered: 03/28/2024) |
| 03/29/2024 | 59 | ☐ | Assented to MOTION to Seal Document 58 Intervenor Complaint,, by United States of America. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1) |

| | | | |
|---|---|---|---|
| | | | (Ross, Lindsey) (Entered: 03/29/2024) |
| 04/03/2024 | 61 | ☐ | MOTION for Leave to Appear Pro Hac Vice for admission of Ross B. Brooks Filing fee: $ 125, receipt number AMADC-10347946 by ex rel. DOE 1, ex rel. DOE 2.(Katzenstein, Jeffrey) (Entered: 04/03/2024) |
| 04/03/2024 | 62 | ☐ | MOTION for Leave to Appear Pro Hac Vice for admission of Alastair J.M. Findeis Filing fee: $ 125, receipt number AMADC-10347964 by ex rel. DOE 1, ex rel. DOE 2.(Katzenstein, Jeffrey) (Entered: 04/03/2024) |
| 04/04/2024 | 63 | ☐ | Judge Patti B. Saris: ORDER entered re 55 INTERVENING STATES' CONSOLIDATED NOTICE of Election to Intervene in Part and Decline to Intervene in Part and Declining States' Consolidated Notice of Declination by Commonwealth of Massachusetts. (Geraldino-Karasek, Clarilde) ). Modified on 5/9/2024 to unseal docket entry pursuant to Order entered. (Geraldino-Karasek, Clarilde). (Entered: 04/04/2024) |
| 04/04/2024 | 64 | | Judge Patti B. Saris: ELECTRONIC ORDER entered granting 61 Motion for Leave to Appear Pro Hac Vice Added Ross B. Brooks.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(Geraldino-Karasek, Clarilde) (Entered: 04/04/2024) |
| 04/04/2024 | 65 | | Judge Patti B. Saris: ELECTRONIC ORDER entered granting 62 Motion for Leave to Appear Pro Hac Vice Added Alastair J.M. Findeis.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(Geraldino-Karasek, Clarilde) (Entered: 04/04/2024) |
| 04/05/2024 | 66 | ☐ | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Geraldino-Karasek, Clarilde) (Entered: 04/05/2024) |
| 04/08/2024 | 68 | ☐ | Judge Patti B. Saris: ENDORSED ORDER entered ALLOWED re 59 Assented to Motion for Leave to Temporarily Replace its Complaint in Intervention with a Redacted Version. (Geraldino-Karasek, Clarilde) (Entered: 04/08/2024) |
| 04/08/2024 | 69 | ☐ | Judge Patti B. Saris: ORDER entered. Order on Motion Leave to Temporarily Replace its Complaint in Intervention with a Redacted Version.(Geraldino-Karasek, Clarilde) (Entered: 04/08/2024) |

# Exhibit 11A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, *et al.,* | ) | |
| *ex rel.* JULIANNE NUNNELLY and MATTHEW | ) | |
| SHANKS | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | No. 20-cv-11401-PBS |
| v. | ) | |
| | ) | |
| REGENERON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' ASSENTED-TO MOTION FOR LEAVE TO TEMPORARILY REPLACE ITS COMPLAINT IN INTERVENTION WITH A REDACTED VERSION

Pursuant to Local Rule 7.2, the United States respectfully submits the following Assented-to Motion for Leave to Temporarily Replace Its Complaint in Intervention With a Redacted Version. On March 28, 2024, the United States filed its Complaint in Intervention ("Complaint") against Regeneron Pharmaceuticals, Inc. ("Regeneron"), ECF No. 58. Counsel for Regeneron subsequently notified the government that it believes the Complaint contains references to confidential or sensitive business information and requested that the United States take steps to redact or seal the Complaint. Regeneron's counsel has proposed redactions to the Complaint to address this concern, which are attached as Exhibit 1. Accordingly, but without yet taking any position on Regeneron's proposed redactions, the government respectfully requests leave to temporarily replace its Complaint with the redacted version attached as Exhibit 1, to remain on the docket for a period of three weeks, until April 19, 2024, at the expiration of which Regeneron may file a motion to permanently redact these references or, if not, the Court may unseal the Complaint in full. Regeneron, through counsel, assents to this Motion.

Dated:  March 29, 2024                                    Respectfully submitted,

BRIAN M. BOYNTON                                         JOSHUA S. LEVY
Principal Deputy Assistant Attorney General             Acting United States Attorney


                                                         /s/ Lindsey Ross
JAMIE A. YAVELBERG                                       DIANE C. SEOL
NATALIE A. WAITES                                        LINDSEY ROSS
DOUGLAS J. ROSENTHAL                                     Assistant United States Attorneys
ASHA M. NATARAJAN                                        1 Courthouse Way, Ste. 9200
SAMUEL R. LEHMAN                                         Boston, MA 02210
Attorneys, Civil Division                                Phone: (617) 748-3100
United States Department of Justice                      diane.seol@usdoj.gov
175 N St. NE, Room 10.1811                               lindsey.ross@usdoj.gov
Washington, DC 20002
Phone: (202) 305-2073
douglas.j.rosenthal@usdoj.gov
asha.m.natarajan@usdoj.gov
samuel.r.lehman@usdoj.gov


## CERTIFICATE OF SERVICE

I, Lindsey Ross, Assistant United States Attorney, hereby certify that I caused a copy of the foregoing document to be served by e-mail on the following counsel:

Ross B. Brooks
The Brooks Law Firm, LLC
173 Huguenot Street, Suite 200
New Rochelle, NY 10801
ross@brooks-lawfirm.com

Gejaa Gobena
Mitchell Lazris
Gregory Noonan
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Dated:  March 29, 2024                          By:     /s/ Lindsey Ross
                                                        Lindsey Ross
                                                        Assistant United States Attorney

2

# Exhibit 11B

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br>*ex rel.* JULIANNE NUNNELLY and MATTHEW SHANKS<br><br>Plaintiffs,<br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    No. 20-cv-11401-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' ASSENTED-TO MOTION FOR LEAVE TO TEMPORARILY REPLACE ITS COMPLAINT IN INTERVENTION WITH A REDACTED VERSION

Pursuant to Local Rule 7.2, the United States respectfully submits the following Assented-to Motion for Leave to Temporarily Replace Its Complaint in Intervention With a Redacted Version. On March 28, 2024, the United States filed its Complaint in Intervention ("Complaint") against Regeneron Pharmaceuticals, Inc. ("Regeneron"), ECF No. 58. Counsel for Regeneron subsequently notified the government that it believes the Complaint contains references to confidential or sensitive business information and requested that the United States take steps to redact or seal the Complaint. Regeneron's counsel has proposed redactions to the Complaint to address this concern, which are attached as Exhibit 1. Accordingly, but without yet taking any position on Regeneron's proposed redactions, the government respectfully requests leave to temporarily replace its Complaint with the redacted version attached as Exhibit 1, to remain on the docket for a period of three weeks, until April 19, 2024, at the expiration of which Regeneron may file a motion to permanently redact these references or, if not, the Court may unseal the Complaint in full. Regeneron, through counsel, assents to this Motion.

4/8/24

Allowed

*[signature]*

# Exhibit 11C

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*, )
*ex rel.* JULIANNE NUNNELLY and MATTHEW )
SHANKS )
      )
      )
          Plaintiffs, )     No. 20-cv-11401-PBS
      )
v. )
      )
REGENERON PHARMACEUTICALS, INC. )
      )
          Defendant. )
      )

## [PROPOSED] ORDER

Upon consideration of the United States' Assented-to Motion for Leave to Temporarily

Replace Its Complaint in Intervention With a Redacted Version, and for good cause shown, it is

**ORDERED** that ECF No. 58 shall be replaced with Exhibit 1 to this Motion until April

19, 2024, at which time it shall be replaced with the unredacted version unless counsel for

Regeneron Pharmaceuticals, Inc. has filed a motion to permanently impose the redactions

contained in Exhibit 1.

Dated: ___4/5/24___          _____
                                       PATTI B. SARIS
                                       UNITED STATES DISTRICT JUDGE

3