# Exhibit 12

# False Claims Act Complaint Filed Against Regeneron Pharmaceuticals for Fraudulent Drug Pricing Reporting

www.justice.gov/archives/opa/pr/false-claims-act-complaint-filed-against-regeneron-pharmaceuticals-fraudulent-drug-pricing

April 10, 2024



This is archived content from the U.S. Department of Justice website. The information here may be outdated and links may no longer function. Please contact webmaster@usdoj.gov if you have any questions about the archive site.

Press Release

Wednesday, April 10, 2024

**For Immediate Release**
Office of Public Affairs

The United States filed a complaint under the False Claims Act (FCA) against Regeneron Pharmaceuticals Inc. (Regeneron), a New York-based pharmaceutical company. Regeneron manufactures and sells Eylea, an anti-vascular endothelial growth factor inhibitor approved by the Food and Drug Administration to treat, among other conditions, neovascular Age-Related Macular Degeneration, a prevalent, usually age-related condition that impairs vision.

The complaint alleges that Regeneron fraudulently inflated Medicare reimbursement rates for Eylea by knowingly submitting false average sales price reports to the Centers for Medicare and Medicaid Services that excluded certain price concessions. In particular, the United States alleges that Regeneron knowingly failed to report price concessions in the form of credit card processing fees that Regeneron paid to specialty drug distributors to benefit its customers. According to the complaint, Regeneron paid these credit card fees so that distributors would accept credit cards for Eylea purchases while still charging a lower, cash price for the drug, and so that Regeneron's customers — typically retina and ophthalmic practices — could receive credit card benefits for their purchases, such as "cash back" and other credit card rewards.

"We will not permit pharmaceutical companies to flout price reporting requirements to maintain high drug prices," said Principal Deputy Attorney General Brian M. Boynton, head of the Justice Department's Civil Division. "The department is committed to protecting federal health care programs from improper actions by drug companies or others that drive up the cost of those programs at the taxpayers' expense."

"The government alleges that Regeneron manipulated Medicare's drug pricing process, by knowingly failing to report its payment of credit card processing fees as price concessions to its customers," said Acting U.S. Attorney Joshua S. Levy for the District of Massachusetts. "By doing so, Regeneron greatly inflated the costs of its drug to Medicare over many years and enhanced its revenues. Falsely reported average sales prices cost the Medicare system hundreds of millions of dollars and we will make every effort to prevent such practices."

The lawsuit was originally filed under the *qui tam* or whistleblower provisions of the FCA. Under the FCA, private parties file an action on behalf of the United States and receive a portion of the recovery. The FCA permits the United States to intervene in and take over the action, as it has done here. If a defendant is found liable for violating the FCA, the United States may recover three times the amount of its losses plus applicable penalties.

The Justice Department's Civil Division, Commercial Litigation Branch, Fraud Section and the U.S. Attorney's Office for the District of Massachusetts are handling the matter with assistance from the Department of Health and Human Services (HHS) Office of Inspector General and the FBI. The case is captioned *United States ex rel. Does 1-2 et. al. v. Regeneron Pharmaceuticals, Inc. et al.*, No. 20-cv-1401-PBS.

Trial Attorneys Douglas Rosenthal, Asha Natarajan and Samuel R. Lehman of the Justice Department's Civil Division and Assistant U.S. Attorneys Diane Seol and Lindsey Ross for the District of Massachusetts are handling the matter.

The investigation and prosecution of this matter illustrates the government's emphasis on combating healthcare fraud. One of the most powerful tools in this effort is the FCA. Tips and complaints from all sources about potential fraud, waste, abuse, and mismanagement, can

be reported to HHS at 800-HHS-TIPS (800-447-8477).

*The claims asserted in the complaint are allegations only. There has been no determination of liability.*

[Complaint](#)
Updated February 6, 2025

---

**Topic**

False Claims Act

Press Release Number: 24-424