# Exhibit 21

**REGN U.S. Equity**

| Dates | Open Price | High Price | Low Price | Close Price | % Change in Closing Price | Volume |
|---|---|---|---|---|---|---|
| 3/27/2024 | 971.04 | 976.75 | 962.41 | 966.3 | 0.29% | 314,755 |
| 3/28/2024 | 970.38 | 970.79 | 959.25 | 962.49 | -0.39% | 461,867 |
| 4/1/2024 | 964.73 | 970.20 | 954.09 | 969.31 | 0.71% | 360,696 |
| 4/10/2024 | 935.02 | 937.87 | 923.44 | 936.2 | -0.81% | 389,765 |
| 4/11/2024 | 928.58 | 930.64 | 907.33 | 920.32 | -1.70% | 617,176 |
| 4/12/2024 | 911.55 | 912.22 | 898.26 | 904.7 | -1.70% | 665,281 |
| 10/30/2024 | 919.73 | 935.86 | 914.85 | 922.79 | -0.49% | 628,780 |
| 10/31/2024 | 875 | 883.15 | 815.99 | 838.2 | -9.17% | 2,291,795 |
| 1/10/2025 | 721.33 | 724.73 | 691 | 696.88 | -5.00% | 1,117,310 |
| 1/13/2025 | 669.24 | 717.37 | 666.25 | 716.9 | 2.87% | 1,406,307 |
| 4/28/2025 | 603.36 | 614.83 | 601.19 | 610.86 | 1.36% | 1,175,409 |
| 4/29/2025 | 561.75 | 579.98 | 542.44 | 568.91 | -6.87% | 2,660,427 |

Source: Bloomberg Terminal