# Exhibit 22

**EYLEA U.S. NET SALES**

| Year | Sales ($M) |
|------|-----------|
| 2012 | 838 [1] |
| 2013 | 1,409 [2] |
| 2014 | 1,736 [2] |
| 2015 | 2,676 [2] |
| 2016 | 3,323 [3] |
| 2017 | 3,702 [3] |
| 2018 | 4,077 [3] |
| 2019 | 4,644 [4] |
| 2020 | 4,947 [4] |
| 2021 | 5,792 [4] |
| **TOTAL U.S. NET SALES** | **$ 33,144** |

Sources:
(1) Annual Report of Regeneron on Form 10-K for the year ended December 31, 2012, filed with the U.S. Securities and Exchange Commission ("SEC") on February 15, 2013, at 3.
(2) Annual Report of Regeneron on Form 10-K for the year ended December 31, 2015, filed with the SEC on February 11,  2016, at 5.
(3) Annual Report of Regeneron on Form 10-K for the year ended December 31, 2018, filed with the SEC on February 7, 2019, at 4.
(4) Annual Report of Regeneron on Form 10-K for the year ended December 31, 2021, filed with the SEC on February 7, 2022, at 6.