# Exhibit 25

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**FORM 10-Q**

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   **For the quarterly period ended June 30, 2023**
                     **OR**
☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   **For the transition period from _____ to _____**

**Commission File Number: 000-19034**

# REGENERON PHARMACEUTICALS, INC.

*(Exact name of registrant as specified in its charter)*

| **New York** | **13-3444607** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**777 Old Saw Mill River Road, Tarrytown, New York 10591-6707**
*(Address of principal executive offices, including zip code)*

**(914) 847-7000**
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| *Title of each class* | *Trading Symbol* | *Name of each exchange on which registered* |
|---|---|---|
| **Common Stock - par value $.001 per share** | **REGN** | **NASDAQ Global Select Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

The number of shares outstanding of each of the registrant's classes of common stock as of July 27, 2023:

| Class of Common Stock | Number of Shares |
|---|---|
| Class A Stock, $.001 par value | 1,818,146 |
| Common Stock, $.001 par value | 106,740,572 |

**REGENERON PHARMACEUTICALS, INC.**
**QUARTERLY REPORT ON FORM 10-Q**
**TABLE OF CONTENTS**

| | | Page Numbers |
|---|---|---|
| **PART I** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements (unaudited) | 2 |
| | Condensed Consolidated Balance Sheets as of June 30, 2023 and December 31, 2022 | 2 |
| | Condensed Consolidated Statements of Operations and Comprehensive Income for the Three and Six Months Ended June 30, 2023 and 2022 | 3 |
| | Condensed Consolidated Statements of Stockholders' Equity for the Three and Six Months Ended June 30, 2023 and 2022 | 4 |
| | Condensed Consolidated Statements of Cash Flows for the Six Months Ended June 30, 2023 and 2022 | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 23 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 46 |
| Item 4. | Controls and Procedures | 47 |
| **PART II** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 47 |
| Item 1A. | Risk Factors | 47 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 83 |
| Item 5. | Other Information | 83 |
| Item 6. | Exhibits | 84 |
| **SIGNATURE PAGE** | | 85 |

"Altibodies™," "ARCALYST®," "Evkeeza®," "EYLEA®," "Inmazeb®," "Libtayo®," "Praluent®" (in the United States), "REGEN-COV®," "Regeneron®," "Regeneron Genetics Center®," "RGC®," "*Veloci-Bi*®," "*VelociGene*®," "*VelociHum*®," "*VelociMab*®," "*VelocImmune*®," "*VelociMouse*®," "*VelociSuite*®," "*VelociT*®," and "ZALTRAP®" are trademarks of Regeneron Pharmaceuticals, Inc. Trademarks and trade names of other companies appearing in this report are, to the knowledge of Regeneron Pharmaceuticals, Inc., the property of their respective owners. This report refers to products of Regeneron Pharmaceuticals, Inc., its collaborators, and other parties. Consult the product label in each territory for specific information about such products.

*Revenues*

| (In millions) | Three Months Ended June 30, | | | | | | Six Months Ended June 30, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2023 | | 2022 | | $ Change | | 2023 | | 2022 | | $ Change |
| Net product sales: | | | | | | | | | | | | |
| EYLEA - U.S. | $ | 1,500.1 | $ | 1,621.2 | $ | (121.1) | $ | 2,933.9 | $ | 3,138.8 | $ | (204.9) |
| Libtayo - U.S. | | 130.2 | | 90.9 | | 39.3 | | 239.9 | | 169.8 | | 70.1 |
| Libtayo - ROW | | 79.8 | | — | | * | | 147.0 | | — | | * |
| Praluent - U.S. | | 40.5 | | 31.2 | | 9.3 | | 80.7 | | 64.8 | | 15.9 |
| Evkeeza - U.S. | | 19.3 | | 11.1 | | 8.2 | | 34.2 | | 19.6 | | 14.6 |
| Inmazeb - U.S. | | 2.2 | | — | | 2.2 | | 4.4 | | — | | 4.4 |
| Total net product sales | $ | 1,772.1 | $ | 1,754.4 | $ | 17.7 | $ | 3,440.1 | $ | 3,393.0 | $ | 47.1 |
| Collaboration revenue: | | | | | | | | | | | | |
| Sanofi | $ | 943.7 | $ | 677.5 | $ | 266.2 | $ | 1,742.1 | $ | 1,308.4 | $ | 433.7 |
| Bayer | | 376.7 | | 357.5 | | 19.2 | | 733.6 | | 742.8 | | (9.2) |
| Roche | | (3.8) | | 8.2 | | (12.0) | | 218.4 | | 224.5 | | (6.1) |
| Other | | 0.1 | | 0.4 | | (0.3) | | 0.7 | | 0.4 | | 0.3 |
| Other revenue | | 69.3 | | 59.2 | | 10.1 | | 185.3 | | 153.2 | | 32.1 |
| Total revenues | $ | 3,158.1 | $ | 2,857.2 | $ | 300.9 | $ | 6,320.2 | $ | 5,822.3 | $ | 497.9 |

*  Not meaningful

*Net Product Sales*

Net product sales of EYLEA in the United States decreased for the three and six months ended June 30, 2023, compared to the same periods in 2022, primarily due to a lower net selling price resulting from increased competition.

As described in "Collaboration, License, and Other Agreements - Sanofi - *Immuno-Oncology*" above, effective July 1, 2022, the Company became solely responsible for the research, development, and commercialization of Libtayo worldwide and began recording net product sales of Libtayo outside the United States.

*Collaboration Revenue*

Sanofi Collaboration Revenue

| (In millions) | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2023 | | 2022 | | 2023 | | 2022 |
| Antibody: | | | | | | | | |
| Regeneron's share of profits in connection with commercialization of antibodies | $ | 751.1 | $ | 496.6 | $ | 1,387.6 | $ | 911.9 |
| Sales-based milestones earned | | — | | — | | — | | 50.0 |
| Reimbursement for manufacturing of commercial supplies[a] | | 192.6 | | 145.5 | | 354.5 | | 306.3 |
| Other | | — | | 28.9 | | — | | 28.9 |
| Total Antibody | | 943.7 | | 671.0 | | 1,742.1 | | 1,297.1 |
| Total Immuno-oncology | | — | | 6.5 | | — | | 11.3 |
| Total Sanofi collaboration revenue | $ | 943.7 | $ | 677.5 | $ | 1,742.1 | $ | 1,308.4 |

[a] Corresponding costs incurred by the Company in connection with such production is recorded within Cost of collaboration and contract manufacturing.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

*Issuer Purchases of Equity Securities*

The table below reflects shares of Common Stock we repurchased under our share repurchase programs, as well as Common Stock withheld by us for employees to satisfy their tax withholding obligations arising upon the vesting of restricted stock granted under one of our long-term incentive plans, during the three months ended June 30, 2023. Refer to Part I, Item 2. "Management's Discussion and Analysis of Financial Condition and Results of Operations – Liquidity and Capital Resources" for further details of the share repurchase programs.

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Programs | Approximate Dollar Value of Shares that May Yet Be Purchased Under the Programs (in millions) |
|---|---|---|---|---|
| 4/1/2023–4/30/2023 | 130,235 | $ 809.73 | 127,012 | $ 2,948.5 |
| 5/1/2023–5/31/2023 | 397,322 | $ 744.81 | 397,322 | $ 2,652.6 |
| 6/1/2023–6/30/2023 | 431,567 | $ 746.07 | 429,269 | $ 2,332.3 |
| Total | 959,124 [a] | | 953,603 [a] | |

[a] The difference between the total number of shares purchased and the total number of shares purchased as part of publicly announced programs relates to Common Stock withheld by us for employees to satisfy their tax withholding obligations arising upon the vesting of restricted stock granted under one of our long-term incentive plans.

**Item 5. Other Information**

As disclosed in the table below, during the three months ended June 30, 2023, certain of our directors and/or executive officers adopted plans for trading arrangements intended to satisfy the affirmative defense conditions of Rule 10b5-1(c) of the Exchange Act.

| Name | Position | Date of Plan Adoption | Scheduled End Date of Trading Arrangement[a] | Total Number of Securities to Be Sold Under the Plan |
|---|---|---|---|---|
| Bonnie L. Bassler, Ph.D. | Director | 5/11/2023 | 7/31/2024 | 3,969 |
| Andrew J. Murphy, Ph.D. | Executive Vice President, Research | 5/9/2023 | 12/31/2024 | 80,000 |
| Huda Y. Zoghbi, M.D. | Director | 5/5/2023 | 2/10/2024 | 2,117 |

[a] In each case, the trading arrangement may expire on an earlier date if and when all transactions under the arrangement are completed.

83

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

REGENERON PHARMACEUTICALS, INC.

| | | | |
|---|---|---|---|
| Date: | August 3, 2023 | By: | /s/ Robert E. Landry |
| | | | Robert E. Landry |
| | | | Executive Vice President, Finance and |
| | | | Chief Financial Officer |
| | | | (Duly Authorized Officer) |

85

Exhibit 31.1

**Certification of Principal Executive Officer Pursuant to**
**Rule 13a-14(a) under the Securities Exchange Act**
**of 1934, as Adopted Pursuant to**
**Section 302 of the Sarbanes-Oxley Act of 2002**

I, Leonard S. Schleifer, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Regeneron Pharmaceuticals, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 3, 2023

/s/ Leonard S. Schleifer

Leonard S. Schleifer, M.D., Ph.D.
President and Chief Executive Officer
(Principal Executive Officer)

Exhibit 31.2

**Certification of Principal Financial Officer Pursuant to
Rule 13a-14(a) under the Securities Exchange Act
of 1934, as Adopted Pursuant to
Section 302 of the Sarbanes-Oxley Act of 2002**

I, Robert E. Landry, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of Regeneron Pharmaceuticals, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 3, 2023

/s/ Robert E. Landry

Robert E. Landry
Executive Vice President, Finance and Chief
Financial Officer
(Principal Financial Officer)