# Exhibit 26

| Month | Total Number of Shares Purchased | Average Price Paid per Share | Total Shares Repurchased x Average Price Paid Per Share | Source |
|---|---|---|---|---|
| June 2023 | 431,567 | $746.07 | $321,979,191.69 | (1) |
| July 2023 | 525,523 | $721.95 | $379,401,329.85 | (2) |
| August 2023 | 161,175 | $788.78 | $127,131,616.50 | (2) |
| September 2023 | 3,221 | $832.50 | $2,681,482.50 | (2) |
| October 2023 | 0 | $0.00 | $0.00 | (3) |
| November 2023 | 272,952 | $802.55 | $219,057,627.60 | (3) |
| December 2023 | 558,642 | $849.22 | $474,409,959.24 | (3) |
| January 2024 | 75,563 | $929.63 | $70,245,631.69 | (4) |
| February 2024 | 103,973 | $957.21 | $99,523,995.33 | (4) |
| March 2024 | 134,768 | $966.88 | $130,304,483.84 | (4) |
| April 2024 | 224,301 | $912.09 | $204,582,699.09 | (5) |
| May 2024 | 213,027 | $970.35 | $206,710,749.45 | (5) |
| June 2024 | 197,096 | $1,029.22 | $202,855,145.12 | (5) |
| July 2024 | 210,338 | $1,068.59 | $224,765,083.42 | (6) |
| August 2024 | 234,226 | $1,152.63 | $269,975,914.38 | (6) |
| September 2024 | 225,046 | $1,118.22 | $251,650,938.12 | (6) |
| October 2024 | 316,483 | $982.90 | $311,071,140.70 | (7) |
| November 2024 | 404,299 | $782.08 | $316,194,161.92 | (7) |
| December 2024 | 748,201 | $744.67 | $557,162,838.67 | (7) |
| January 2025 | 512,869 | $698.16 | $358,064,621.04 | (8) |
| February 2025 | 445,519 | $696.88 | $310,473,280.72 | (8) |
| March 2025 | 562,944 | $672.42 | $378,534,804.48 | (8) |
| **Total** | 6,561,733 | | $5,416,776,695.35 | |

Sources:

(1) Ex. 25 at 5.

(2) Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2023, filed with the SEC on November 2, 2023, at 88.

(3) Ex. 10 at 5.

(4) Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2024, filed with the SEC on May 2, 2024, at 77.

(5) Quarterly Report on Form 10-Q for the quarterly period ended June 30, 2024, filed with the SEC on August 1, 2024, at 78.

(6) Quarterly Report on Form 10-Q for the quarterly period ended September 30, 2024, filed with the SEC on October 31, 2024, at 82.

(7) Ex. 7 at 12.

(8) Quarterly Report on Form 10-Q for the quarterly period ended March 31, 2025, filed with the SEC on April 29, 2025, at 79.