**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY RADTKE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> REGENERON PHARMACEUTICALS, INC., LEONARD S. SCHLEIFER, CHRISTOPHER FENIMORE, ROBERT E. LANDRY, AND MARION MCCOURT <br><br> Defendants. | No. 1:25-cv-00145-MKV |

**DECLARATION OF SERENA P. HALLOWELL**
**IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION**
**TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

SERENA P. HALLOWELL declares the following pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm Motley Rice LLC, 800 Third Ave., Suite 2401, New York, NY 10022, counsel for Lead Plaintiff, City Pension Fund for Firefighters and Police Officers in the City of Tampa. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 58).

2.      Attached hereto as Exhibit A is a chart prepared by counsel for Lead Plaintiff listing Defendants' materially false and misleading misstatements regarding Eylea and Eylea HD as alleged in the Second Amended Complaint (Dkt. No. 54).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2025.

*s/Serena P. Hallowell*
Serena P. Hallowell