**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JEFFREY RADTKE, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | No. 25-cv-00145-MKV |
| vs. | |
| REGENERON PHARMACEUTICALS, INC., LEONARD S. SCHLEIFER, CHRISTOPHER FENIMORE, ROBERT E. LANDRY, and MARION MCCOURT | Hon. Mary Kay Vyskocil **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**DECLARATION OF DAVID P. FRIEDMAN IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

DAVID P. FRIEDMAN declares the following pursuant to 28 U.S.C. § 1746:

1.       I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, attorneys for defendants Regeneron Pharmaceuticals, Inc. ("Regeneron"), Leonard S. Schleifer, Christopher Fenimore, Robert E. Landry, and Marion McCourt (together, "Defendants"). In addition to the declaration I submitted in support of Defendants' Motion to Dismiss the Second Amended Complaint, *see* ECF No. 60, I submit this declaration in support of Defendants' Reply in Further Support of its Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC").

2.       Attached hereto as Exhibit 28 is a copy of Regeneron's April 15, 2024 media statement, discussing the complaint filed by the U.S. Department of Justice (the "DOJ"), which is also discussed in the SAC at, *inter alia*, paragraphs 42, 217–218, 326–327, and 368. The

1

media statement was published on Regeneron's website, and is publicly available at https://investor.regeneron.com/static-files/384fb1a6-8ca8-4e2f-b8b7-6a269992428a.

3.      Attached hereto as Exhibit 29 is an additional excerpt from Regeneron's Memorandum of Law in support of its Motion to Dismiss the complaints filed by the DOJ and Intervening States, filed on July 18, 2024 and found at ECF No. 146 in *United States ex rel. Nunnelly* v. *Regeneron Pharms., Inc.,* No. 20-cv-11401 (D. Mass.), which lawsuit is discussed in the SAC at, *inter alia*, paragraphs 350 and 413–415.

4.      Attached hereto as Exhibit 30 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended September 30, 2023, filed with the U.S. Securities and Exchange Commission ("SEC") on November 2, 2023, and cited in the SAC at, *inter alia*, paragraphs 268 and 346.

5.      Attached hereto as Exhibit 31 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended March 31, 2024, filed with the SEC on May 2, 2024, and cited in the SAC at, *inter alia*, paragraph 346.

6.      Attached hereto as Exhibit 32 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended June 30, 2024, filed with the SEC on August 1, 2024, and cited in the SAC at, *inter alia*, paragraph 346.

7.      Attached hereto as Exhibit 33 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended September 30, 2024, filed with the SEC on October 31, 2024, and cited in the SAC at, *inter alia*, paragraphs 45, 223–224, 346 and 371–373.

8.      Attached hereto as Exhibit 34 is an additional excerpt from the Annual Report of Regeneron on Form 10-K for the year ended December 31, 2024, filed with the SEC on February 5, 2025, and cited in the SAC at, *inter alia*, paragraphs 86 and 345.

9.      Attached hereto as Exhibit 35 is an excerpt from the Quarterly Report of Regeneron on Form 10-Q for the quarterly period ended March 31, 2025, filed with the SEC on April 29, 2025, and cited in the SAC at, *inter alia*, paragraphs 52, 346, 359, and 392.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 17, 2025.

*s/ David P. Friedman*
David P. Friedman

3