# Exhibit 33

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**FORM 10-Q**

(Mark One)

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   **For the quarterly period ended September 30, 2024**
                    **OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   **For the transition period from _____ to _____**

**Commission File Number: 000-19034**

# REGENERON PHARMACEUTICALS, INC.

*(Exact name of registrant as specified in its charter)*

| **New York** | **13-3444607** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**777 Old Saw Mill River Road, Tarrytown, New York 10591-6707**
*(Address of principal executive offices, including zip code)*

**(914) 847-7000**
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| *Title of each class* | *Trading Symbol* | *Name of each exchange on which registered* |
|---|---|---|
| **Common Stock - par value $.001 per share** | **REGN** | **NASDAQ Global Select Market** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

The number of shares outstanding of each of the registrant's classes of common stock as of October 23, 2024:

| Class of Common Stock | Number of Shares |
|---|---|
| Class A Stock, $.001 par value | 1,817,146 |
| Common Stock, $.001 par value | 108,072,385 |

**REGENERON PHARMACEUTICALS, INC.**
**QUARTERLY REPORT ON FORM 10-Q**
**TABLE OF CONTENTS**

| | | Page Numbers |
|---|---|---|
| **PART I** | **FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements (unaudited) | 2 |
| | Condensed Consolidated Balance Sheets | 2 |
| | Condensed Consolidated Statements of Operations and Comprehensive Income | 3 |
| | Condensed Consolidated Statements of Stockholders' Equity | 4 |
| | Condensed Consolidated Statements of Cash Flows | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 47 |
| Item 4. | Controls and Procedures | 48 |
| **PART II** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 48 |
| Item 1A. | Risk Factors | 48 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 82 |
| Item 5. | Other Information | 82 |
| Item 6. | Exhibits | 83 |
| **SIGNATURE PAGE** | | 84 |

"Altibodies™," "ARCALYST®," "Evkeeza®," "EYLEA®," "EYLEA HD®," "Inmazeb®," "Libtayo®," "Ordspono™," "Praluent®" (in the United States), "REGEN-COV®," "Regeneron®," "Regeneron Genetics Center®," "RGC®," "*Veloci-Bi®*," "*VelociGene®*," "*VelociHum®*," "*VelociMab®*," "*VelocImmune®*," "*VelociMouse®*," "*VelociSuite®*," "*VelociT®*," "Veopoz®," and "ZALTRAP®" are trademarks of Regeneron Pharmaceuticals, Inc. Trademarks and trade names of other companies appearing in this report are, to the knowledge of Regeneron Pharmaceuticals, Inc., the property of their respective owners. This report refers to products of Regeneron Pharmaceuticals, Inc., its collaborators, and other parties. Consult the product label in each territory for specific information about such products.

Table of Contents

*Revenues*

| (In millions) | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2024 | 2023 | $ Change | 2024 | 2023 | $ Change |
| **Net product sales:** | | | | | | |
| EYLEA HD - U.S. | $ 392.3 | $ 42.7 | $ 349.6 | $ 896.5 | $ 42.7 | $ 853.8 |
| EYLEA - U.S. | 1,144.6 | 1,448.2 | (303.6) | 3,576.7 | 4,382.1 | (805.4) |
| Total EYLEA HD and EYLEA - U.S. | 1,536.9 | 1,490.9 | 46.0 | 4,473.2 | 4,424.8 | 48.4 |
| Libtayo - U.S. | 194.5 | 144.1 | 50.4 | 536.1 | 384.0 | 152.1 |
| Libtayo - ROW | 94.1 | 88.3 | 5.8 | 313.8 | 235.3 | 78.5 |
| Total Libtayo - Global | 288.6 | 232.4 | 56.2 | 849.9 | 619.3 | 230.6 |
| Praluent - U.S. | 52.9 | 40.4 | 12.5 | 179.0 | 121.1 | 57.9 |
| Evkeeza - U.S. | 32.4 | 19.1 | 13.3 | 87.6 | 53.3 | 34.3 |
| Inmazeb - Global | 35.6 | 3.3 | 32.3 | 36.6 | 7.7 | 28.9 |
| Total net product sales | $ 1,946.4 | $ 1,786.1 | $ 160.3 | $ 5,626.3 | $ 5,226.2 | $ 400.1 |
| **Collaboration revenue:** | | | | | | |
| Sanofi | $ 1,263.4 | $ 1,064.5 | $ 198.9 | $ 3,318.8 | $ 2,806.6 | $ 512.2 |
| Bayer | 390.8 | 377.1 | 13.7 | 1,121.9 | 1,110.7 | 11.2 |
| Roche | 0.5 | (5.7) | 6.2 | 1.4 | 212.7 | (211.3) |
| Other | 5.4 | 2.4 | 3.0 | 8.8 | 3.1 | 5.7 |
| Other revenue | 114.2 | 138.3 | (24.1) | 335.6 | 323.6 | 12.0 |
| Total revenues | $ 3,720.7 | $ 3,362.7 | $ 358.0 | $ 10,412.8 | $ 9,682.9 | $ 729.9 |

*Net Product Sales*

Total EYLEA HD and EYLEA net product sales in the U.S. increased for the three and nine months ended September 30, 2024 compared to the same periods in 2023. EYLEA HD was approved by the FDA in August 2023 and net product sales for the three and nine months ended September 30, 2024 were driven by the transition of patients from other anti-VEGF products, including EYLEA, as well as new patients naïve to anti-VEGF therapy. Net product sales of EYLEA for the three and nine months ended September 30, 2024 were adversely impacted by a lower net selling price compared to the same periods in 2023. In addition, for the three months ended September 30, 2024 total EYLEA HD and EYLEA net product sales were favorably impacted by approximately $40 million as a result of higher wholesaler inventory levels for EYLEA HD at the end of the third quarter of 2024 compared to the end of the second quarter of 2024, partially offset by lower wholesaler inventory levels for EYLEA.

*Collaboration Revenue*

*Sanofi Collaboration Revenue*

| (In millions) | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2024 | 2023 | 2024 | 2023 |
| Regeneron's share of profits | $ 1,088.3 | $ 863.0 | $ 2,880.6 | $ 2,250.6 |
| Sales-based milestones earned | - | 50.0 | - | 50.0 |
| Reimbursement for manufacturing of commercial supplies[a] | 175.1 | 151.5 | 438.2 | 506.0 |
| Total Sanofi collaboration revenue | $ 1,263.4 | $ 1,064.5 | $ 3,318.8 | $ 2,806.6 |

[a] Corresponding costs incurred by the Company in connection with such production is recorded within Cost of collaboration and contract manufacturing.

Global net product sales of Dupixent and Kevzara are recorded by Sanofi, and we and Sanofi share profits on such sales.

41

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

REGENERON PHARMACEUTICALS, INC.

Date:     October 31, 2024                    By:     /s/ Christopher Fenimore

Christopher Fenimore
Senior Vice President, Finance and
Chief Financial Officer
(Duly Authorized Officer)

84