# Exhibit 34

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**
**FORM 10-K**

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

　　**For the fiscal year ended December 31, 2024**

　　　　　　**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

　　**For the transition period from _____ to _____**

**Commission File Number: 000-19034**

# REGENERON PHARMACEUTICALS, INC.

*(Exact name of registrant as specified in its charter)*

| **New York** | **13-3444607** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**777 Old Saw Mill River Road Tarrytown, New York 10591-6707**
*(Address of principal executive offices, including zip code)*

**(914) 847-7000**
*(Registrant's telephone number, including area code)*

**Securities registered pursuant to Section 12(b) of the Act:**

| *Title of each class* | *Trading Symbol* | *Name of each exchange on which registered* |
|---|---|---|
| **Common Stock - par value $.001 per share** | **REGN** | **NASDAQ Global Select Market** |

**Securities registered pursuant to section 12(g) of the Act: None**

| | | |
|---|---|---|
| Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. | Yes ☒ | No ☐ |
| Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. | Yes ☐ | No ☒ |
| Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. | Yes ☒ | No ☐ |
| Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). | Yes ☒ | No ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller reporting company ☐ | Emerging growth company ☐ |
|---|---|---|---|---|

| | |
|---|---|
| If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. | ☐ |
| Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. | ☒ |
| If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. | ☐ |
| Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).　　Yes ☐　　No ☒

The aggregate market value of the voting and non-voting common stock held by non-affiliates of the registrant was $113.8 billion, computed by reference to the closing sales price of the stock on NASDAQ on June 28, 2024, the last trading day of the registrant's most recently completed second fiscal quarter. For purposes of this calculation only, the registrant has assumed that all of its directors and executive officers, and no other persons, are its affiliates. This determination of affiliate status is not necessarily a determination for other purposes.

The number of shares outstanding of each of the registrant's classes of common stock as of January 23, 2025:

| Class of Common Stock | Number of Shares |
|---|---|
| Class A Stock, $.001 par value | 1,817,146 |
| Common Stock, $.001 par value | 107,507,536 |

**DOCUMENTS INCORPORATED BY REFERENCE**

Specified portions of the Registrant's definitive proxy statement to be filed in connection with solicitation of proxies for its 2025 Annual Meeting of Shareholders are incorporated by reference into Part III of this Form 10-K. Exhibit index is located on pages 87 to 91 of this filing.

**REGENERON PHARMACEUTICALS, INC.**
**ANNUAL REPORT ON FORM 10-K**
**TABLE OF CONTENTS**

| | | **Page Numbers** |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 34 |
| Item 1B. | Unresolved Staff Comments | 67 |
| Item 1C. | Cybersecurity | 67 |
| Item 2. | Properties | 68 |
| Item 3. | Legal Proceedings | 68 |
| Item 4. | Mine Safety Disclosures | 68 |
| | | |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 69 |
| Item 6. | [Reserved] | 70 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 70 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 84 |
| Item 8. | Financial Statements and Supplementary Data | 85 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 85 |
| Item 9A. | Controls and Procedures | 85 |
| Item 9B. | Other Information | 86 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 86 |
| | | |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 86 |
| Item 11. | Executive Compensation | 86 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 86 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 86 |
| Item 14. | Principal Accountant Fees and Services | 86 |
| | | |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 87 |
| Item 16. | Form 10-K Summary | 91 |
| | | |
| **SIGNATURE PAGE** | | 92 |

"Altibodies™," "ARCALYST®," "Evkeeza®," "EYLEA®," "EYLEA HD®," "Inmazeb®," "Libtayo®," "Ordspono™," "Praluent®" (in the United States), "REGEN-COV®," "Regeneron®," "Regeneron Genetics Center®," "RGC®," "Veloci-Bi®," "VelociGene®," "VelociHum®," "VelociMab®," "VelocImmune®," "VelociMouse®," "VelociSuite®," "VelociT®," "Veopoz®," and "ZALTRAP®" are trademarks of Regeneron Pharmaceuticals, Inc. Trademarks and trade names of other companies appearing in this report are, to the knowledge of Regeneron Pharmaceuticals, Inc., the property of their respective owners. This report refers to products of Regeneron Pharmaceuticals, Inc., its collaborators, and other parties. Consult the product label in each territory for specific information about such products.

Table of Contents

**Results of Operations**

*Net Income*

| (In millions, except per share data) | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | | 2024 | | 2023 | | 2022 |
| Revenues | $ | 14,202.0 | $ | 13,117.2 | $ | 12,172.9 |
| Operating expenses | | 10,211.3 | | 9,070.1 | | 7,434.0 |
| Income from operations | | 3,990.7 | | 4,047.1 | | 4,738.9 |
| Other income (expense) | | 789.2 | | 152.2 | | 119.9 |
| Income before income taxes | | 4,779.9 | | 4,199.3 | | 4,858.8 |
| Income tax expense | | 367.3 | | 245.7 | | 520.4 |
| Net income | $ | 4,412.6 | $ | 3,953.6 | $ | 4,338.4 |
| | | | | | | |
| Net income per share - diluted | $ | 38.34 | $ | 34.77 | $ | 38.22 |

*Revenues*

| (In millions) | Year Ended December 31, | | | | | | $ Change | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2024 | | 2023 | | 2022 | 2024 vs. 2023 | | 2023 vs. 2022 |
| Net product sales: | | | | | | | | | |
| EYLEA HD - U.S. | $ | 1,201.1 | $ | 165.8 | $ | — | $ | 1,035.3 | $ 165.8 |
| EYLEA - U.S. | | 4,767.1 | | 5,719.6 | | 6,264.6 | | (952.5) | (545.0) |
| Total EYLEA HD and EYLEA - U.S. | | 5,968.2 | | 5,885.4 | | 6,264.6 | | 82.8 | (379.2) |
| Libtayo - U.S. | | 787.3 | | 538.8 | | 374.5 | | 248.5 | 164.3 |
| Libtayo - ROW[a] | | 429.5 | | 324.3 | | 73.0 | | 105.2 | 251.3 |
| Total Libtayo - Global | | 1,216.8 | | 863.1 | | 447.5 | | 353.7 | 415.6 |
| Praluent - U.S. | | 241.7 | | 182.4 | | 130.0 | | 59.3 | 52.4 |
| Evkeeza - U.S. | | 125.7 | | 77.3 | | 48.6 | | 48.4 | 28.7 |
| Inmazeb - U.S. | | 76.8 | | 69.8 | | 3.0 | | 7.0 | 66.8 |
| Total net product sales | $ | 7,629.2 | $ | 7,078.0 | $ | 6,893.7 | $ | 551.2 | $ 184.3 |
| Collaboration revenue: | | | | | | | | | |
| Sanofi | $ | 4,531.4 | $ | 3,799.5 | $ | 2,855.7 | $ | 731.9 | $ 943.8 |
| Bayer | | 1,499.0 | | 1,487.5 | | 1,430.7 | | 11.5 | 56.8 |
| Roche | | 1.4 | | 211.0 | | 627.3 | | (209.6) | (416.3) |
| Other | | 26.0 | | 5.1 | | 0.4 | | 20.9 | 4.7 |
| Other revenue | | 515.0 | | 536.1 | | 365.1 | | (21.1) | 171.0 |
| Total revenues | $ | 14,202.0 | $ | 13,117.2 | $ | 12,172.9 | $ | 1,084.8 | $ 944.3 |

[a] Effective July 1, 2022, we obtained the exclusive right to develop, commercialize, and manufacture Libtayo worldwide under an Amended and Restated Immuno-oncology License and Collaboration Agreement with Sanofi ("A&R IO LCA") and, as a result, we began recording net product sales of Libtayo outside the United States as of such date.

*Net Product Sales*

Total EYLEA HD and EYLEA net product sales in the U.S. increased in 2024 compared to 2023. EYLEA HD was approved by the FDA in August 2023 and net product sales in 2024 were driven by the transition of patients from other anti-VEGF products, including EYLEA, as well as new patients naïve to anti-VEGF therapy. Net product sales of EYLEA HD and EYLEA in 2024 were adversely impacted by a lower net selling price compared to 2023.

## **SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

REGENERON PHARMACEUTICALS, INC.

| | | |
|---|---|---|
| Date: | February 5, 2025 | By: | /s/ LEONARD S. SCHLEIFER |
| | | | Leonard S. Schleifer, M.D., Ph.D. |
| | | | President and Chief Executive Officer |

92