UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/28/26___

---

JEFFREY RADTKE, *Individually and on Behalf of All Others Similarly Situated*,

                               Plaintiff,

          -v-

REGENERON PHARMACEUTICALS, INC., LEONARD S. SCHLEIFER, CHRISTOPHER FENIMORE, ROBERT E. LANDRY, and MARION MCCOURT,

                               Defendants.

---

No. 1:25-cv-145 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, District Judge:

IT IS HEREBY ORDERED that the parties shall appear for Oral Argument on Defendants' Motion To Dismiss the Second Amended Complaint on June 25, 2026 at 11:30 a.m.  The Court will allow 15 minutes of argument per side.

The Clerk of Court respectfully is requested to terminate the letter motion at ECF No. 61.

**SO ORDERED.**

**Date:  April 28, 2026**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1