UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 9/18/26 |

JEFFREY RADTKE, *Individually and on Behalf of All Others Similarly Situated*,

Plaintiff,

-v-

REGENERON PHARMACEUTICALS, INC., LEONARD S. SCHLEIFER, CHRISTOPHER FENIMORE, and ROBERT E. LANDRY,

Defendants.

No. 1:25-cv-145 (MKV)

ORDER AMENDING CAPTION

MARY KAY VYSKOCIL, District Judge:

The Clerk of Court respectfully is requested to amend the caption of the case to read "In re Regeneron Pharmaceuticals, Inc. Securities Litigation."

**SO ORDERED.**

**Date: September 18, 2025**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**