**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re Regeneron Pharmaceuticals, Inc. Securities Litigation,

25 **CIVIL** 0145 (MKV)

**JUDGMENT**

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 18, 2026, the motion to dismiss the Second Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**